## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| ANDREW L. MEEKS, ) | 3:12-cv-00322-MMD-WGC |
| ) | |
| Plaintiff, ) | **MINUTES OF THE COURT** |
| vs. ) | |
| ) | November 27, 2013 |
| CHERYL BURSON, et al., ) | |
| ) | |
| Defendants. ) | |

PRESENT:  <u>THE HONORABLE WILLIAM G. COBB</u>, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:  <u>KATIE LYNN OGDEN</u>   REPORTER:  <u>NONE APPEARING</u>

COUNSEL FOR PLAINTIFF(S):  <u>NONE APPEARING</u>

COUNSEL FOR DEFENDANT(S):  <u>NONE APPEARING</u>

**MINUTE ORDER IN CHAMBERS:**

     Before the Court is Defendants' motion to withdraw Defendants' Motion to Dismiss (Doc. # 26) and Motion for Summary Judgment (Doc. #32) and Request for Settlement Conference. (Doc. # 51.)  Defendants motion insofar as it seeks withdrawal of the dispositive motions (Doc. # 51) is **GRANTED** and Defendants motions (Docs. # 26 and # 32) are **DENIED as moot.**

     Defendants also seek an order of the court deferring the filing of the Joint Pretrial Order to allow the case to proceed to a settlement conference.  Counsel for Defendants did not indicate whether counsel has conferred with Plaintiff about whether he believes a settlement conference might be productive and whether he is willing to participate in a formal settlement conference.  The court will **STAY** the deadline for the parties to file a Joint Pretrial Order. Counsel for Defendants is instructed to confer with Plaintiff about participating in a settlement conference and shall file a report regarding such discussions.

     **IT IS SO ORDERED.**

                                                                          LANCE S. WILSON, CLERK

                                                              By:       /s/
                                                                           Deputy Clerk