UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| ANDREW L. MEEKS, | ) | 3:12-cv-00322-MMD-WGC |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| vs. | ) | |
| | ) | November 27, 2013 |
| CHERYL BURSON, et al., | ) | |
| | ) | |
| Defendants. | ) | |

PRESENT:   THE HONORABLE WILLIAM G. COBB, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   KATIE LYNN OGDEN   REPORTER:  NONE APPEARING

COUNSEL FOR PLAINTIFF(S):  NONE APPEARING

COUNSEL FOR DEFENDANT(S):  NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Before the Court is Defendants' motion to withdraw Defendants' Motion to Dismiss (Doc. # 26) and Motion for Summary Judgment (Doc. #32) and Request for Settlement Conference. (Doc. # 51.)  Defendants motion insofar as it seeks withdrawal of the dispositive motions (Doc. # 51) is **GRANTED** and Defendants motions (Docs. # 26 and # 32) are **DENIED as moot.**

Defendants also seek an order of the court deferring the filing of the Joint Pretrial Order to allow the case to proceed to a settlement conference.  Counsel for Defendants did not indicate whether counsel has conferred with Plaintiff about whether he believes a settlement conference might be productive and whether he is willing to participate in a formal settlement conference.  The court will **STAY** the deadline for the parties to file a Joint Pretrial Order. Counsel for Defendants is instructed to confer with Plaintiff about participating in a settlement conference and shall file a report regarding such discussions.

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:   /s/
        Deputy Clerk