UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| ANDREW L. MEEKS, | ) | 3:12-cv-00322-MMD-WGC |
|         Plaintiff, | ) | **MINUTES OF THE COURT** |
| vs. | ) | |
| | ) | March 5, 2014 |
| CHERYL BURSON, et al., | ) | |
|         Defendants. | ) | |

PRESENT:  THE HONORABLE WILLIAM G. COBB, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   KATIE LYNN OGDEN   REPORTER:  NONE APPEARING

COUNSEL FOR PLAINTIFF(S):  NONE APPEARING

COUNSEL FOR DEFENDANT(S):  NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

     Before the Court is Defendants' Second Motion for Enlargement of Time to File Joint Pretrial Order. (Doc. # 61.) Defendants request an extension of ten (10) days to file the Joint Pretrial Order which has been drafted and sent to Plaintiff. Defendants state if for some reason they have not received Plaintiff's signed version back in time, Defendants will move for leave to file an independent Pretrial Order. (*Id.*, at 2.)

     Good cause appearing, Defendants' motion (Doc. # 61) is **GRANTED**.  Because a ten day enlargement would fall on a weekend, Defendants shall have **up to including March 17, 2014,** to file the Joint Pretrial Order or file a motion for leave to file an independent Pretrial Order.

    **IT IS SO ORDERED.**

                                                                                            LANCE S. WILSON, CLERK

                                                                               By:       /s/
                                                                                  Deputy Clerk