UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| ANDREW L. MEEKS, II, | Case No. 3:12-cv-00322-MMD-WGC |
| Plaintiff, | |
| v. | **ORDER TO PRODUCE** |
| CHERYL BURSON, et al. | |
| Defendants. | |

TO:   THE WARDEN OF LOVELOCK CORRECTIONAL CENTER

On July 21, 2014, this Court granted Plaintiff's Writ of Habeas Corpus *Ad Testificandum*, document (dkt. no. 80). A federal court is permitted to issue a Writ of Habeas Corpus *ad testificandum*, the purpose of which is to direct the custodian of a prisoner to produce the prisoner for appearance as a witness in court, pursuant to 28 U.S.C. § 2241(c)(5) and 28 U.S.C. § 1651(a).

Accordingly, this Court instructs the Nevada Department of Corrections, Lovelock Correctional Center, which is the current custodian of ANDREW MEEKS, NDOC #52872, to produce the body of Andrew Meeks for the first portion of his bifurcated trial on Tuesday, the 29th day of July 2014, at 9:00 a.m. Plaintiff must also be allowed to bring with him any legal documents or papers that he needs in order to represent himself at the bifurcated portion of the trial.

It is so ordered.

DATED THIS 22nd day of July 2014.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE